■ In the Matter of the Claim of MAX STRAUSS, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board which held claimant ineligible to receive benefits effective October 19, 1974 on the ground he was not available for employment. The board's decision is supported by substantial evidence, and must, therefore, be affirmed (e.g., *Matter of Bennett [Cather-*

*wood],* 33 AD2d 946). Decision affirmed, without costs. Herlihy, P. J., Kane, Main, Larkin and Reynolds, JJ., concur.